**Order filed December 15, 2020**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00746-CV

---

## IN RE THE COMMITMENT OF M.G.

**On Appeal from Probate Court No. 3
Harris County, Texas
Trial Court Cause No. 531010003**

### ORDER

This is an appeal from an order requiring court-ordered mental health services under chapter 574 of the Health and Safety Code. *See* Tex. Health & Safety Code § 574.070. Appellant is represented by appointed counsel, **Angela Phea**.

No reporter's record has been filed. The official court reporter for Probate Court No. 3 informed this court that appellant had not requested that the reporter's record be prepared. On November 5, 2020, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof that the reporter's record had been requested. *See* Tex. R. App. P. 37.3(c). No response has

been filed.

Appellate courts must give an appeal under section 574.070 preference over all other cases and may suspend all rules relating to the time for filing briefs. *See* Tex. Health & Safety Code § 574.070(e).

Accordingly, we order appellant's appointed counsel, **Angela Phea**, to file a brief in this appeal within 20 days of the date of this order. If Phea fails to comply with this order, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM

Panel consists of Justices Christopher, Wise, and Hassan.